# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00780-CV

---

## A. P., Appellant

### v.

## Texas Department of Family and Protective Services, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-005421, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

### NO. 03-18-00781-CV

---

## A. P. and J. P. C., Appellants

### v.

## Texas Department of Family and Protective Services, Appellee

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-006849, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants A.P. and J.P.C. filed their notices of appeal on November 26, 2018. The appellate records were complete December 27, 2018, and appellants' briefs were due January 22, 2019. On January 23, 2019, counsel for A.P. filed a motion for extension of time to file appellant's briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant appellant's motion and on this Court's own motion order John M. Sigman, counsel for A.P., and Robert Galvin, counsel for J.P.C., to file appellants' briefs no later than February 11, 2019. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on January 31, 2019.


Before Justices Goodwin, Baker, and Triana